IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–00219–EWN–BNB

ANTHONY HENDERSON,

    Plaintiff,

v.

ECHOSTAR COMMUNICATIONS CORPORATION;
CYNTHIA ROBBINS;
THERESA HOWELL;
ELLEN BRUNSWICK; and
MEGAN PRATER,

    Defendants.

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

This matter is before the court on the "Recommendation of United States Magistrate Judge" filed August 23, 2005. Plaintiff has objected to the recommendation. Plaintiff continues to insist that he is disabled, and he has attached to his objections factual material which was not before the magistrate judge. For the court to consider this material would frustrate the process of having a magistrate judge make a recommendation, because a litigant who is displeased with the recommendation could always place before the district judge material which was never before the magistrate judge. The court will therefore not consider the new factual material, which was available to plaintiff and should have been put before the magistrate judge.

The court is also of the view that the new material would not change the result in this case. One proferred exhibit is an update of a report prepared in 1999, while the other exhibit

consists of hospital records from 1988. It is not clear that either of them demonstrate a "disability," as that term is defined in the ADA, and, in any event, they do not undercut the magistrate judge's suggestion that plaintiff has not satisfied the other elements of an ADA claim. The court has conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, it appears that the recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

1. The recommendation is ACCEPTED.

2. Defendants' motion for summary judgment (#33) is GRANTED. The clerk will enter judgment against plaintiff and in favor of defendants, dismissing the case with prejudice.

3. All other pending motions are DENIED as moot.

DATED this  28th  day of September, 2005.

BY THE COURT:


s/Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge